Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−12894−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Recardo Rodriguez
   323 North Burlington St
   Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−0286

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 13, 2023.

Dated: July 13, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Recardo Rodriguez  
    Debtor

Case No. 23-12894-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jul 13, 2023      Form ID: plncf13      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Recardo Rodriguez, 323 North Burlington St, Gloucester City, NJ 08030-1008 |
| 519884793 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519884794 | + | State of New Jersey, Department of Labor And Workforce, PO Box 951, Trenton, NJ 08625-0951 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519884787 | | Email/Text: collector@cityofgloucester.org | Jul 13 2023 20:56:00 | Gloucester City Tax Office, PO Box 150, 512 Monmouth Street, Gloucester City, NJ 08030 |
| 519884782 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2023 21:02:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519923356 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2023 21:13:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519884784 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2023 21:14:30 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519884785 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 13 2023 20:57:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 519884786 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 13 2023 20:56:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 519947773 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 13 2023 20:56:00 | Crosscountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519884788 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 13 2023 20:56:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519884789 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2023 20:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519884790 | ^ | MEBN | Jul 13 2023 20:53:20 | KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 519897297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2023 21:02:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519884791 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: plncf13 | Total Noticed: 20 |

| | | | Jul 13 2023 21:02:06 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
|---|---|---|---|---|
| 519925296 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2023 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519884792 | ^ | MEBN | Jul 13 2023 20:52:18 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 519884795 | + | Email/Text: bncmail@w-legal.com | Jul 13 2023 20:56:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519884783 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Recardo Rodriguez aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Crosscountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5