UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Cross Country Mortgage, LLC

In Re:

Recardo Rodriguez,

Debtor.

Case No.: 23-12894-ABA

Adv. No.: _____

Chapter: 13

Hearing Date: 10/10/2023

Judge: Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Denise Carlon, Esq.__,

    ☒ am the attorney for: __Cross Country Mortgage, LLC__

    ☐ am self-represented

    Phone number: __215-627-1322__

    Email address: __dcarlon@kmllawgroup.com__

2. I request an adjournment of the following hearing:

    Matter: __Secured Creditor's Motion for Relief from Stay (Docket # 21)__

    Current hearing date and time: __10/10/2023 @ 10:00 a.m.__

    New date requested: __10/24/2023 @ 10:00 a.m.__

    Reason for adjournment request: __To allow the parties time to amicably resolve the issues at hand.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 10/05/2023 _____    /s/ Denise Carlon _____
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 10/24/23 @ 10 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*