UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CrossCountry Mortgage, LLC

In Re:

Recardo Rodriguez,

Debtor.

Case No.:    23-12894-ABA

Chapter:    13

Hearing Date:    10/24/2023

Judge:    Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter:  Motion for Relief re: 323 N Burlington St., Gloucester City, NJ (Docket # 21)

_____

Date: 10/20/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*