Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−12894−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Recardo Rodriguez
  323 North Burlington St
  Gloucester City, NJ 08030

Social Security No.:
  xxx−xx−0286

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/7/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 7, 2023
JAN: as

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-12894-ABA

Recardo Rodriguez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Nov 07, 2023  Form ID: 148  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Recardo Rodriguez, 323 North Burlington St, Gloucester City, NJ 08030-1008 |
| 519884793 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 07 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 07 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519884787 | | Email/Text: collector@cityofgloucester.org | Nov 07 2023 20:55:00 | Gloucester City Tax Office, PO Box 150, 512 Monmouth Street, Gloucester City, NJ 08030 |
| 519884782 | + | EDI: CAPITALONE.COM | Nov 08 2023 01:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519923356 | + | EDI: AIS.COM | Nov 08 2023 01:45:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519884784 | + | EDI: CITICORP.COM | Nov 08 2023 01:45:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519884785 | + | EDI: CONVERGENT.COM | Nov 08 2023 01:45:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 519884786 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 07 2023 20:56:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 519947773 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 07 2023 20:56:00 | Crosscountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519884788 | + | EDI: LCIICSYSTEM | Nov 08 2023 01:39:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519884789 | | EDI: IRS.COM | Nov 08 2023 01:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519884790 | ^ | MEBN | Nov 07 2023 20:53:10 | KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 519897297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2023 21:15:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519884791 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2023 21:15:05 | Merrick Bank/CCHoldings, Po Box 9201, Old |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bethpage, NY 11804-9001 |
| 519925296 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2023 20:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519884792 | ^ | MEBN | Nov 07 2023 20:52:22 | PSE&G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 519884794 | ^ | MEBN | Nov 07 2023 20:51:22 | State of New Jersey, Department of Labor And Workforce, PO Box 951, Trenton, NJ 08625-0951 |
| 519884795 | + | EDI: WTRRNBANK.COM | Nov 08 2023 01:45:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519884783 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Recardo Rodriguez aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Crosscountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7